UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARAMVIR SINGH, | Case No. 5:26-cv-01405-ODW-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ANDRE QUINONES, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 12); the Report and Recommendation of the magistrate judge (Dkt. 14); and Petitioner's Objection to the Report (Dkt. 15).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying and dismissing the Petition without prejudice.

Dated: June 2, 2026

_____
OTIS D. WRIGHT, II
United States District Judge

1