UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARAMVIR SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANDRE QUINONES, et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-01405-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed without prejudice.

Dated: June 2, 2026　　　　　_____

OTIS D. WRIGHT, II
United States District Judge